2024R00755/LDK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FILED
SEP 15 2025
AT 1:35 PM
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 25-554 |
| WILLIE BROWN | : | 21 U.S.C. § 846 |
| | : | 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C) |

**I N D I C T M E N T**

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

Between in or around August 2024 through in and around December 2024, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**WILLIE BROWN**,

did knowingly and intentionally conspire and agree with others to possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a quantity of a mixture and substance detectable amount of methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATION

Upon conviction of the Controlled Substances Act offense alleged this Indictment, defendant WILLIE BROWN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property constituting or derived from proceeds the defendant obtained directly or indirectly as a result of such offense; all property used or intended to be used in any manner or part to commit and to facilitate the commission of such offense; and all property traceable to such property.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

███████████████

FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General

*Alina Habba /RLW*
ALINA HABBA
Acting United States Attorney and
Special Attorney

*[signature]*
_____
LAUREN KOBER
Assistant United States Attorney

CASE NUMBER: 25-cr-554 (CCC)

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

WILLIE BROWN

## INDICTMENT FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1), (b)(1)(B), and (b)(1)(C)

A True Bill

Foreperson

TODD BLANCHE
U.S. Deputy Attorney General

ALINA HABBA
Acting United States Attorney and
Special Attorney
for the District of New Jersey

Lauren D. Kober
Assistant U.S. Attorney
Newark, New Jersey
(973) 645-6104